# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

JOHN M. GALLAGHER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 1:17-cv-00577

Dlott, J.
Bowman, M.J.

## REPORT AND RECOMMENDATION

Pursuant to local practice, this social security case has been referred to the undersigned magistrate judge for initial review and a report and recommendation. On February 20, 2018, the parties filed a joint motion for remand to the Commissioner of Social Security (doc. 12).

Accordingly, it is **RECOMMENDED THAT:**

The parties' Joint Motion to Remand (Doc. 12) should be GRANTED, with the Commissioner's decision to be reversed and remanded for further consideration under sentence four of 42 U.S.C. § 405(g), in accordance with the parties' motion. Upon remand, judgment should be entered pursuant to Fed. R. Civ. 58.

*s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

JOHN M. GALLAGHER,                       Case No. 1:17-cv-00577

        Plaintiff,                           Dlott, J.
                                            Bowman, M.J.

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).