IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| John M. Gallagher, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:17cv577 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 21, 2018 (Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that the Report and Recommendation is based on the Joint Motion to Remand (Doc. 12) the Court hereby ADOPTS said Report and Recommendation.

Accordingly, the parties Joint Motion to Remand (Doc. 12) is GRANTED with the Commissioner's decision to be REVERSED and REMANDED for further consideration under sentence four of 42 U.S.C. §405(g), in accordance with the parties' motion. Upon remand, judgment is to be entered pursuant to Fed. R. Civ. 58.

IT IS SO ORDERED.

    s/Susan J. Dlott
Judge Susan J. Dlott
United States District Court